Hill, J.

STATE HIGHWAY BOARD v. John R. ERICKSON et al., No. 178-77

September 8, 1980. Printed case and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

Peter D. KING v. June C. BATCHELDER, Administratrix of the Estate of Richard Forbes, No. 105-78

September 8, 1980. Printed case and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

TOWN OF BRATTLEBORO SCHOOL DISTRICT v. Oscar DALEM a/k/a Oskar Eugen Drzemalia, Ursula Dalem and Dalem's Chalet, Inc., No. 254-78

September 8, 1980. Printed case

and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

Gloria D. PORTER v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 368-78

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

STATE of Vermont v. Harold OLDS, No. 120-79

September 8, 1980. Appellant's addendum brief to be filed by October 10, 1980, and appellee's brief to be filed by November 10, 1980.

WOOD AND KIDDER, INC. v. Norman and Evelyn IKEMAN, No. 121-79

September 8, 1980. Transcript shall be paid for printed case and appellant's brief shall be filed by October 10, 1980, or cause dismissed.